**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **Alvin Ganaishlal,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **Case No. 1:26-cv-00030-RP** |
| | § | |
| **General Motors, LLC,** | § | |
| *Defendant* | § | |

## ORDER

Plaintiff filed his Complaint on January 7, 2026. Dkt. 1. Defendant answered on February 3, 2026. Dkt. 6. Contrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring parties submit a proposed scheduling order to the court "[n]ot later than 60 days after any appearance of any defendant").

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **May 26, 2026**.

**SIGNED** on May 12, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE